605 A.2d 1222

COMMONWEALTH of Pennsylvania, Appellant,

v.

David W. VOSHALL.

COMMONWEALTH of Pennsylvania, Appellant,

v.

Patsy Anthony VOTO.

COMMONWEALTH of Pennsylvania, Appellant,

v.

Roger WELSHANS.

Supreme Court of Pennsylvania.

Submitted March 9, 1992
in Nos. 24 W.D. Appeal Docket 1990
and 44 M.D. Appeal Docket 1991.

Argued March 9, 1992
in No. 52 W.D. Appeal Docket 1991.

Decided April 16, 1992.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Scott A. Bradley, Asst. Dist. Atty., Pittsburgh, William R. Cunningham, Dist. Atty., William A. Dopierala, Asst. Dist. Atty., Jenifer Shirey, Erie, Bret O. Feese, Dist. Atty., Kenneth A. Osokow, Asst. Dist. Atty., Williamsport, for Com.

Mark Rubenstein, Pittsburgh, for Voshall.

Timothy J. Lucas, Erie, for Voto.

William J. Miele, Public Defender, Williamsport, for Welshans.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Orders affirmed.

LARSEN and McDERMOTT, JJ., dissent.